358 A.2d 64

Turnway Corporation v. Soffer, et ux., Appellants.

Submitted April 15, 1976.  Judd N. Poffinberger, Jr., and David H. Ehrenwerth, for appellants;  John Daley and Samuel W. Braver, for appellee.

Order affirmed.

358 A.2d 101

W. R. Davies Mechanical Contractors, Inc. v. Dravo Corporation, Appellant.

Argued April 16, 1976.  Edward J. Whitfield, with him Parmelee, Miller, Welsh & Kratz, for appellant; Frank J. Kernan, with him Plowman and Spiegel, for appellee.

Judgment affirmed.